UNITED STATES of America, Plaintiff–Appellee,

v.

Joey MOSES, Defendant–Appellant.

No. 08–30107.

United States Court of Appeals, Ninth Circuit.

Submitted March 18, 2009.*

Filed March 30, 2009.

Jared Courtland Kimball, Assistant U.S. Attorney, Office of the U.S. Attorney, Spokane, WA, Plaintiff–Appellee.

Nicholas W. Marchi, Carney & Marchi, PS, Seattle, WA, for Defendant–Appellant.

Before: LEAVY, HAWKINS and TASHIMA, Circuit Judges.

## MEMORANDUM **

Joey Moses appeals from the 35–year sentence imposed following his guilty-plea conviction for murder with use of a firearm, in violation of 18 U.S.C. §§ 1111(a), 1153(a) and 18 U.S.C. § 924(c)(1)(A)(iii),

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

respectively. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Moses contends his sentence is unreasonable, based on the district court's apparent finding that he was not credible. Despite its reservations, the district court granted a substantial assistance departure that allowed it to impose a sentence within the Guidelines, instead of imposing a life sentence. We conclude the sentence is reasonable. *See United States v. Carty,* 520 F.3d 984, 993 (9th Cir.2008) (en banc).

**AFFIRMED.**